01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  STEVEN T. LAFFOON,                   )
                                         )   CASE NO. C10-1887-MJP
09                  Plaintiff,           )
                                         )
10       v.                              )   ORDER REMANDING CASE
                                         )
11  MICHAEL J. ASTRUE, Commissioner of   )
    Social Security,                     )
12                                       )
                    Defendant.           )
13  _____ )

14       The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all

15  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

16  the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the

17  record, and noting the lack of any objections, does hereby find and ORDER:

18       (1)   The Court adopts the Report and Recommendation;

19       (2)   The final decision of the Commissioner is REVERSED and this case is

20  REMANDED to the Social Security Administration for further proceedings not inconsistent

21  with the Report and Recommendation; and

22  / / /

ORDER REMANDING CASE
PAGE - 1

(3) The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 6th day of September, 2011.

Marsha J. Pechman
United States District Judge

ORDER REMANDING CASE
PAGE - 2